IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHARLES HAMNER,                                                                           PLAINTIFF
ADC # 143063

v.                                   2:22CV00158-DPM-JTK

DEAN MANNIS, et al.                                                                       DEFENDANTS

## ORDER

Having reviewed Charles Hamner's ("Plaintiff") Complaint (Doc. Nos. 2, 3) for screening purposes,[1] the Court found that service of Plaintiff's claims was appropriate. (Doc. No. 5). The Court ordered service on Defendant Snyder; summons was returned unexecuted. (Doc. No. 5; Doc. No. 10). The Court directed Plaintiff to provide an address for service of Defendant Snyder. (Doc. No. 11). Plaintiff responded, explaining that he has no other address for Defendant Snyder. (Doc. No. 13). Plaintiff requested that the Court direct the Arkansas County Sheriff's Department to provide a last known address for Defendant Snyder. (Id.).

Plaintiff's request is granted. The Arkansas County Sheriff's Department is directed to review employment records for a last known address for Defendant Snyder. If a last known address exists, the address should be filed under seal in this case within ten (10) days. If no such address exists, the Court should be so informed.

IT IS SO ORDERED this 12th day of December, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).