IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHARLES HAMNER　　　　　　　　　　　　　　　　PLAINTIFF
ADC #143063

v.　　　　　　　　No. 2:22-cv-158-DPM-JTK

DEAN MANNIS, Chief Executive
Officer/Sheriff, Arkansas County
Detention Center and
PATRICIA SNYDER, Former Jail
Administrator/Officer, Arkansas
County Detention Center　　　　　　　　　　　　　DEFENDANTS

ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation as supplemented, Doc. 7, and overrules Hamner's objections, Doc. 8. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). His due process and retaliation claims are *Heck*-barred. A successful challenge to his transfer would necessarily invalidate his extended parole revocation sentence by declaration, injunction, or both. *Newmy v. Johnson*, 758 F.3d 1008, 1011-12 (8th Cir. 2014). Furthermore, the only damages Hamner seeks to recover arise out of his allegedly wrongful imprisonment. Doc. 2 at 16; *Heck v. Humphrey*, 512 U.S. 477, 487 n.7 (1994); *Cooney v. Arkansas*, 2022 WL 288143, at *1 n.1 (8th Cir. 1 Feb. 2022) (unpublished *per curiam*). Hamner's parole-related conspiracy, due process, and retaliation

claims are dismissed without prejudice. His access to the courts and failure to protect claims are also dismissed without prejudice for the reasons specified in the recommendation. His remaining claims will proceed.

    2.    Hamner's embedded motion for copies is granted. The Court directs the Clerk to send Hamner a copy of *Doc. 1, 2, 3, 4, 5 & 6*.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2022