IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHARLES HAMNER,                                                                                        PLAINTIFF

v.                                        2:22CV00158-DPM-JTK

DEAN MANNIS, et al.                                                                DEFENDANTS

**ORDER**

Having reviewed Charles Hamner's ("Plaintiff") Complaint (Doc. Nos. 2, 3) for screening purposes,[1] the Court directed service of Plaintiff's claims on Defendants Dean Mannis and Patricia Snyder. (Doc. No. 5). Summons was returned unexecuted as to Defendant Snyder. (Doc. No. 10). The Court has been provided a last known address for Defendant Snyder that will be maintained under seal. (Doc. No. 19). The Court will attempt service on Defendant Snyder at that address.

The Clerk of the Court is directed to prepare Summons for Defendant Patricia Snyder. The United States Marshal shall serve a copy of the Complaint (Doc. Nos. 2, 3), Summons, and this Order on Defendant Snyder without prepayment of fees and costs or security therefore. Service should be attempted at the address maintained under seal. (Doc. No. 19).

IT IS SO ORDERED this 17th day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDG

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).