IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES HAMNER**
**ADC #143063**                                                                                              **PLAINTIFF**

v.                           No. 2:22-cv-158-DPM

**DEAN MANNIS, Chief Executive**
**Officer/Sheriff, Arkansas County**
**Detention Center; and PATRICIA**
**SNYDER, Former Jail**
**Administrator/Officer, Arkansas County**
**Detention Center**                                                                                         **DEFENDANTS**

## JUDGMENT

Hamner's complaint is dismissed with prejudice. The Court retains jurisdiction until 5 February 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

5 December 2024